THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHARMERICA CORPORATION, | ) | |
| a Delaware corporation | ) | |
| | ) | 13-cv-1422 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CRESTWOOD CARE CENTRE, L.P. | ) | (Arising out of an action pending in the Western District of |
| | ) | Kentucky 3:12 cv 511-s) |
| An Illinois limited partnership | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| Symphony Crestwood, LLC, | ) | |
| Symphony Healthcare, LLC, | ) | |
| and Symphony HMG, LLC | ) | |
| | ) | |
| Respondents in Discovery ) | | |

## NOTICE OF MOTION

TO: Benjamin Fultz
Jennifer Stinnett
Fultz, Maddox, Hovious & Dickens, PLC
101 S. Fifth Street, 27th Floor
Louisville, KY 40202

    PLEASE TAKE NOTICE that on March 20, 2013, at 9:30 a.m., I shall appear before the Honorable Judge Joan B. Gottschall of the United States District Court, Northern District of Illinois, Eastern Division, in her courtroom, #2325, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present Nonparties' Motion to Quash Subpoenas, copies of which are hereby served upon you.

                                                /s/ Richard M. Jacobson
                                                One of the Attorneys for Plaintiff

Richard M. Jacobson
Ashman & Stein
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: 312/782-3484
Attorney No.: 37710